BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
HEATHER M. MOSS, DCBN 995773
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Phone: 415-977-8826
   Fax: 415-744-0134
   Email: heather.moss@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NANNETTE ANN TOSH-ROBB,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:16-cv-00180-TLN-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, through her counsel of record, hereby moves the Court to extend the time from August 31, 2016, to September 30, 2016, for Defendant to file her opposition, and to extend the remaining case deadlines accordingly.

There is good cause for extending the case deadlines because Counsel has an unusually robust caseload, which includes over 30 active U.S. District Court cases in various stages of briefing, as well as employment litigation and legal opinion assignments. Additional time is needed to responsibly respond to Plaintiff's contentions. Counsel apologizes to the Court for any

inconvenience that this may cause and assures all parties that she has taken every action to minimize it.

                                              Respectfully submitted,

Dated: August 23, 2016                BENJAMIN B. WAGNER
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                            By     /s/ *Heather M. Moss*
                                       HEATHER M. MOSS
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

Date:  August 23, 2016              SHELLIE LOTT
                                       Cerney Kreuze & Lott, LLP


                                       */s/ Shellie Lott\**
                                       SHELLIE LOTT
                                       [*By email authorization]
                                       Attorney for Plaintiff


                                       <u>ORDER</u>


APPROVED AND SO ORDERED:


Dated:  August 30, 2016

                                       CRAIG M. KELLISON
                                       UNITED STATES MAGISTRATE JUDGE